IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERSON ALCANTARA, | |
| Petitioner, | 8:20CV501 |
| vs. | |
| STATE OF NEBRASKA, | ORDER |
| Respondent. | |

Petitioner was ordered to file and serve a brief in opposition to the Respondent's motion for summary judgment. (*See* Filing 10.) Petitioner's brief has not been filed with the court.

IT IS ORDERED that:

1. Petitioner shall file his brief in opposition to the Respondent's motion for summary judgment on or before September 17, 2021. Otherwise, the matter will be ripe for consideration.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 17, 2021**: check for Petitioner's brief.

Dated this 27th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge